IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CINDY MENDOZA; et al.,     No. 3:18-cv-01634-HZ

       Plaintiffs,

v.

MATTHEW GARRETT, in his official     JUDGMENT
capacity as Director of the Oregon
Department of Transportation, et al.,

       Defendants.

HERNANDEZ, District Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed, with prejudice.

Dated this 16 day of May, 2019

_____
Marco A. Hernandez
United States District Judge

1 - JUDGMENT